IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES

**MAYLYN MACALAGAY,**

    **Plaintiff,**  CASE NO. 2:17-cv-06618-MWF-KS

**vs.**

**CAPITAL ONE BANK (USA), N.A.,**

    **Defendant.**
_____/

### NOTICE OF SETTLEMENT

Plaintiff MAYLYN MACALAGAY and Defendant Capital One Bank (USA), N.A., ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted the 19 day of January, 2018.

                                           *s/ Jeremy E. Branch*
                                           Jeremy Eugene Branch
                                           Law Offices of Jeffrey Lohman
                                           4740 Green River Road, Ste 206
                                           Corona, CA 92880
                                           657-363-33312
                                           Jeremyb@jlohman.com
                                           Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I do hereby certify that on this the 19 day of January, 2018, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

**Amanda Semaan**
Faegre Bake Daniels LLP
11766 Wilshire Boulevard Suite 750
Los Angeles, CA 90025
310-500-2090
Fax: 310-500-2091
Email: amanda.semaan@faegrebd.com
ATTORNEY FOR DEFENDANT

By: *s/ Alyson Dykes*

Alyson Dykes

- 2 -

NOTICE OF SETTLEMENT