UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 17-6618-MWF(KSx)**                      Dated: **January 23, 2018**

Title:      Maylyn Macalagay -*v*- Capital One Bank (USA), N.A., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                None Present
Relief Courtroom Deputy                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                               None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE

        In light of the Notice of Settlement filed January 19, 2018, the Court sets a hearing on
Order To Show Cause Re Dismissal for **February 26, 2018 at 11:30 a.m.**  If a stipulated
dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is
needed.  *All other dates are hereby vacated.*

        **IT IS SO ORDERED.**

MINUTES FORM 90                            Initials of Deputy Clerk   __cw__
CIVIL - GEN