UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYLYN MACALAGAY,<br>　　　　Plaintiff,<br>　v.<br>CAPITAL ONE BANK (USA), N.A.,<br>　　　　Defendant. | Case No.: 2:17-cv-06618-MWF-KS<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

　　　RESPECTFULLY SUBMITTED,

　　　DATED: February 27, 2018

s/ *Jeremy E. Branch*____
**Jeremy Eugene Branch**
Law Offices of Jeffrey Lohman
4740 Green River Road, Ste 206
Corona, CA 92880
866-329-9217
Jeremyb@jlohman.com
ATTORNEY FOR PLAINTIFF

s/ *Amanda Semaan*_____
**Amanda Semaan**
Faegre Bake Daniels LLP
11766 Wilshire Boulevard Suite 750
Los Angeles, CA 90025
310-500-2090
amanda.semaan@faegrebd.com
ATTORNEY FOR DEFENDANT